A.J. HAWK v. LOUIS NICKOLOPOULOS.

May 24, 1988.

Petition for certification denied.

INA ROSELIN v. CHARLES D. ROSELIN.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROGER GIBBINS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS C. LEWIS.

May 24, 1988.

Petition for certification denied.   (See 223 *N.J.Super.* 145)

STATE OF NEW JERSEY v. KIRK PUGH.

May 24, 1988.

Petition for certification denied.